1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN STRETCH (CABN 163973)
    Chief, Criminal Division

4   LARA M. KROOP (CABN 239512)
    Special Assistant United States Attorney

5

6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-7129
       Facsimile: (415) 436-7234
8      E-Mail: Lara.Kroop2@usdoj.gov

9   Attorneys for the United States

10

                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13
                                        )      Criminal No. CR 99-00096 MMC
14  UNITED STATES OF AMERICA,           )
                                        )
15        Plaintiff,                    )
                                        )      [PROPOSED] ORDER
16     v.                               )
                                        )
17  MARCO ZAMORA,                       )
                                        )
18        Defendant.                    )
                                        )
19  _____)

20

21       On October 1, 2008, the parties appeared before the Honorable Maxine M. Chesney.

22  At that time, the Court modified defendant's conditions of supervised release as follows:

23       The defendant shall reside for a period of two months, to commence on October 10,

24  2008, at Cornell Corrections in San Francisco, California.  The defendant shall observe the rules

25  of that facility.

26       Upon release, the defendant shall have an alcohol ignition interlock device installed in

27  any vehicle he owns or to which he has regular access, designed so that the vehicle cannot be

28

    **[PROPOSED] ORDER**
    **CR 99-00096 MMC**

1  operated if the defendant has been drinking alcohol.  The defendant shall only operate a motor

2  vehicle equipped with an ignition interlock device and shall not allow another person to attempt

3  to start their  motor vehicle except in situations where a verifiable emergency exists.  The

4  defendant shall not attempt to remove, adjust, tamper with, or circumvent the ignition interlock

5  system.  The defendant shall have calibration performed on the unit once every thirty days, or as

6  directed by the probation officer.  The defendant shall pay the installation charge, the monthly

7  lease, and any other fees associated with the interlock device.

8

9

10         IT IS SO ORDERED.

11

12  DATED:_ October 15, 2008                              _____

13                                                       THE HON. MAXINE M. CHESNEY
                                                         United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**
**CR 99-00096 MMC**                          2